# Mark Harring

Standing Chapter 12 & 13 Trustee

**Mail CORRESPONDENCE to:**

131 W Wilson St. Ste 1000
Madison, WI 53703-3260
Phone: (608) 256-4320
Fax:    (608) 256-2355
Website:  http://www.ch13wdw.org

**Mail Chapter 13 PAYMENTS to :**
Please write case # on all payments
MARK HARRING CH 13 TRUSTEE
P.O. BOX 88004
CHICAGO, IL 60680-1004

Email: info@ch13wdw.org

May 12, 2022

Honorable Rachel M. Blise
U.S. Bankruptcy Court Judge
120 N Henry
Madison, WI 53703-2559

Re:   Jennifer McKinney
      Case #22-10661-13

Dear Judge Blise:

We have reviewed the Motion to Extend Deadline to File Schedules or Provide Required Information filed on behalf of the debtor. This case was filed on 4/27/2022, the required documentation was due on or before 5/11/2022, the first plan payment is due by 5/27/2022 and the 341 Meeting of Creditors Hearing is scheduled for 5/25/2022. The debtor is requesting an extension through 5/20/2022 to file the required documents.

This office has no objection to the requested extension of time to file. However, as the extension will not provide this office sufficient time to properly review the case for the scheduled 341 Creditors Meeting on 5/25/2022, Attorney Pittman will be required to make an appearance at the 341 meeting 5/25/2022 and request an adjournment. At that time the case is called, the Trustee will review the calendar and provide an adjournment date. In addition, Attorney Pittman will also need to contact the debtors' creditors who may plan on attending the current meeting and advise them of the intention to have the hearing adjourned to another date due to the delay in filing the required documentation.

We do want to emphasize that despite this extension approval, the first plan payment is still due by 5/27/2022, thirty days from filing the petition for relief.

Sincerely,

/s/ Mark Harring

Mark Harring
Standing Chapter 13 Trustee

MWH/bw

cc:     ATTORNEY GREG P. PITTMAN