**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF WISCONSIN**

**PAYMENT ADVICES COVER SHEET**
in Accordance With 11 U.S.C. Sec. 521(a)(1)(B)(iv)

| In re: | Case No. 1-22-10661 |
|---|---|
| Jennifer McKinney | Chapter 13 |
| **Debtor(s)** | |

*Please check the appropriate box.*

**For Debtor:**

☐  Payment advices (pay stubs) are attached.

☐  No payment advices (pay stubs) are attached (the debtor had no income from any employer during the 60 days prior to filing the bankruptcy petition).

■  No payment advices (pay stubs) attached for other reason, or some payment advices missing (please explain).  **Self-Employed**

**For Joint Debtor, if applicable:**

☐  Payment advices (pay stubs) are attached.

☐  No payment advices (pay stubs) are attached (the debtor had no income from any employer during the 60 days prior to filing the bankruptcy petition).

☐  No payment advices (pay stubs) attached for other reason, or some payment advices missing (please explain). ____

I declare under penalty of perjury that I have read this payment advices cover sheet and the attached payment advices, consisting of ___ sheets, numbered 1 through ___, and that they are true and correct to the best of my knowledge, information, and belief.

| Signature of Debtor: | /s/ Jennifer McKinney | Date: | May 24, 2022 |
|---|---|---|---|