# U.S. BANKRUPTCY COURT
## Western District of Wisconsin
### SECTION 341 MEETING PROCEEDING MEMO AND
### STANDING CHAPTER 13 TRUSTEE's REPORT

**IN RE:**

Name: Jennifer McKinney                                    Case #   22-10661

| Debtor Information: | | Spouse Information: |
|---|---|---|
| SS#:  XXX-XX-8026 | | SS#: |
| Addr:  W5441 Innsbruck Rd | | Addr: |
| West Salem, WI 54669 | | |
| County:  LA CROSSE | | County: |

Debtor's Attorney:   GREG P. PITTMAN                    Date Filed:        04/27/2022

341 Meeting Date:   05/25/2022      Adjourned 341 Date:  7/27/2022     Schedules Filed:

Tape #:  2                                                              Plan Filed:        05/24/2022

                                                                       Amd Plan Filed:    05/24/2022

**Appearances:**   Debtor:   ADJ 5-25, AS JUST GOT SCHED, MT, PLAN,   Debtor testimony on 6-15, dl,ss,vf, n, Y, n,
Attorney:   tax confirmation provided and 341 mtg concluded on 7-27
Creditors:   GP, Wade P,  GP
None, none, none

## 1. INFORMATION WHICH WOULD MAKE DEBTOR'S STATEMENTS AND SCHEDULES MORE ACCURATE:

A. New Employment:  _____

B. New Address:  _____

C. Other:         PETITION S/B AMENDED TO INCLUDE JENNIFER HOWE SAULS MCKINNEY - A NAME
USED IN 2013.

## 2. ELIGIBILITY / DEBT ANALYSIS:

A. Eligible under Section 109(e)?    N

B. Analysis of Scheduled Debt:

| | |
|---|---:|
| Attorney | 7,500.00 |
| Unsecured | 140,935.00 |
| Priority | 555,946.69 |
| Refund | 0.00 |
| Secured | 1,340,582.33 |
| Case Costs | 0.00 |
| Total Debt | 2,044,964.02 |

C. Does Debtor have Regular Income?     Y

D. Prior Bankruptcies:   Appears to exceed current debt limits, not clear new legislation is retroactive for ch
                         13, Pittman argues taxes debt is overstated and will be eligible once adjusted..
                         What is IRS secured by?
                         Jennifer McKinney 11-61215Ch7 filed in Minnesota on 12/13/2011

E. DSO's:   Y _____   N _____

_____

F. Tax Returns

   2019 tax return provided - last year filed?  Status of getting 2020 & 2021 returns filed?- Got
   acknowlegement of filed returns from IRS 7-27- trustee needs copies

| Tax Year | Income | Refund Due Trustee | Federal Tax Return Received On | Federal Tax Return Refund Amt | State Tax Return Received On | State Tax Return Refund Amt | EIC Amount | Other Amount | Other 1 Amount |
|---|---|---|---|---|---|---|---|---|---|
| 2019 | 598,833.00 | -154,036.00 | | -120,605.00 | | -33,381.00 | 0.00 | 50.00 | 0.00 |
| 2020 | 822,610.00 | -240,420.00 | | -191,894.00 | | -48,526.00 | 0.00 | 0.00 | 0.00 |
| 2021 | 714,508.00 | -190,352.00 | | -150,388.00 | | -39,964.00 | 0.00 | 0.00 | 0.00 |

G. Self Employment

   Is Debtor Self Employed?                                    Y

   Does Debtor Incur Trade Debt?                               N

   Did Debtor Complete Business Trade Questionnaire?           Y

   Will a Monthly Operating Report be Required?          Y _____   N _____

**3. MONTHLY BUDGET:**      Budgeted Income         32480.00      Available for Plan         15824.35
                            Budgeted Expenses       16655.65      Plan Payments              15815.00
                            Available for Plan      15824.35      Excess                         9.35

A. Does Budget appear reasonable?      Y

   -NFS AND DEBTOR LIVE SEPARATELY, EXPENSES ARE VERY HIGH EVEN FOR 5
   DEPENDENTS kis are mostly with her BUT IF MDI MET WILL NOT BE A CURRENT ISSUE.
   -BUSINESS BUDGET PROVIDED(P.46)

B. Means Test:  Is all disposable income applied?  (Sec 1325(b)(1)(B))     N

   -60MO PLAN. NET MDI $17,555.40 NOT BEING MET, PROJ=$0 TO UNSEC HOWEVER NSP
   IN PLAN STATES OBJ TO IRS CLAIM WILL BE FILED WHICH WILL CHANGE THE FIGURES
   IF SUCCESSFUL.
   - WHEN WILL IRS OBJ BE FILED?- waiting on taxes
   -PAYING IRS TO RETAIN GOLF CART, ICEHOUSE/TRAILER, CAMPER, 4 VEHICLES, $35,000
   JEWELRY - ALL NECESSARY? - not all needed but not worth much in resale mrkt
   - NO EXEMPTIONS CLAIMED ON SCH C - will review
   -INVESTMENT ACCOUNT FOR DEPENDENTS WORTH $7500, WHEN FUNDED? - less than 2
   and more than one year ago
   -$31,880 CONTRIBUTED TO MISSIONARY WORK OVER LAST 2 YRS, ACCURATE? - yes, still
   active
   -SCH J INCLUDES "CONTRIBUTES $450/MO TOWARDS...", INCOMPLETE- missonary
   support, it is an average, some months, less some more.

C. Will debtor be able to make all payments under the plan and comply with the plan? (Sec 1325(a)(6)) Y

   -SCH E DELQ TAXES. BUS BUDGET INCLUDES $11,000/MO FOR FUTURE TAXES, WILL
   THIS ADDRESS THE ISSUE GOING FORWARD? taxes largely from 2019 when she did not pay.
   Working with accountant to pay quarterly,
   DOES SHE GET 1099 OR SELF REPORTED?- thinks after obj will be under liimits.  Self reports
   and needs to do quarterly.  Says workngi with accountant

## 4. PLAN:

A. Number of months the Plan is expected to last:     60

| Payment Start | Payment End | Payment Amount | Frequency | Source |
|---|---|---|---|---|
| 5/27/2022 | 5/26/2027 | 15,815.00 | MONTHLY | DEBTOR |

B. Total to be paid into the Plan:          948900.00

C. Approximate percentage to Unsecureds:       0

D. Source of Income:     SELF-EMPLOYED

  Spouse income:     _____

E. Wage Order Sent To:  DEBTOR

F. Payments received to Date:     $31,630.00
    Will debtor commence payments within 30 days after the plan has been filed?     Y

G. Has the plan been proposed in good faith and not any means forbidden by law? (Sec 1325(a)(3))Y
    If "No", plan cannot be confirmed.

H. Attorney Fee Requested     10000.00        Paid to Date:   2500.00
    Balance Due Under Plan            7500.00   Approximate months to pay:     1.00

        Trustee recommends amount requested?     Y
        If no, amount the Trustee recommends:

I. Does the Plan Properly Classify Debts?       N
    -$4000 MTG ARREARS NOT PROVIDED FOR IN PLAN

J. Does the plan provide for curing of default or payment in full of Secured Debt? (Sec 1325(a)(5))N

    _____

K. Does the plan provide for full payment of Priority Debt?          N
    -IRS CLAIM INDICATES 2020 AND 2021 RETURNS NOT FILED- Now filed, not clear what is owed or
    that balance is resolved by plan

L. Was a Liquidation
 Analysis Provided By the
 Debtor? (Sec 1325(a)(5))
    N

 Unsecureds Do Better
 Under Chapter: 13

| | Under Chapter 7 | | Under Chapter 13 | | |
|---|---|---|---|---|---|
| Assets: | 827608.81 | Total Paid To Plan: | | | 948900.00 |
| Admin, Security: Priority (ASP) | 1904029.02 | A.S.P. Debt: | 1904029.02 | | |
| | | Less Direct: | 307092.00 | 1596937.02 | |
| Exemptions: | 0.00 | Trustee Fee on Net A.S.P: | | | 100126.76 |
| Available for UnSec: | -1076420.21 | Amt Avail for Unsec: | | | -748163.78 |

## 5. CLAIMS AND OBJECTIONS

### Direct Claims

| MARINE CREDIT UNION | | Scheduled for: | 307,092.00 | Filed for: | 307,869.47 |
|---|---|---|---|---|---|
| Claim Ref Number: | 17 | Scheduled as: | DIRECT | Filed as: | Direct |
| Reason: | mortgage: homestead W5441 Innsbruck Rd | | | Filed date: | 6/6/2022 |
| Objection Filed? No | | | | | |

## Secured

INTERNAL REVENUE SERVICE     Scheduled for:     1,033,490.33     Filed for:     1,033,490.33

Claim Ref Number:     20     Scheduled as:     Secured     Filed as:     Secured

Reason:     2009, 12-19 income tax     Filed date:     5/10/2022

Objection Filed?     No

MARINE CREDIT UNION     Scheduled for:     0.00     Filed for:     0.00

Claim Ref Number:     21     Scheduled as:     Secured     Filed as:     Secured

Reason:     mortgage arrears     Filed date:     6/6/2022

Objection Filed?     No

## Priority

INTERNAL REVENUE SERVICE     Scheduled for:     555,946.69     Filed for:     234,100.00

Claim Ref Number:     18     Scheduled as:     Priority     Filed as:     Priority

Reason:     2020 & 2021 income tax - not filed     Filed date:     5/10/2022

Objection Filed?     No

## 7

US BANKRUPTCY COURT     Scheduled for:     0.00     Filed for:     0.00

Claim Ref Number:     4     Scheduled as:     Case Costs     Filed as:     Not Filed

Reason:     Filed date:

Objection Filed?     No

## 8

DEBTOR     Scheduled for:     Filed for:

Claim Ref Number:     2     Scheduled as:     Refund     Filed as:     Refund

Reason:     Filed date:     4/27/2022

Objection Filed?     No

DEBTOR     Scheduled for:     0.00     Filed for:     0.00

Claim Ref Number:     3     Scheduled as:     Refund     Filed as:     Not Filed

Reason:     Filed date:

Objection Filed?     No

## Attorney

GREG P. PITTMAN     Scheduled for:     7,500.00     Filed for:

Claim Ref Number:     1     Scheduled as:     Attorney     Filed as:     Not Filed

Reason:     Filed date:

Objection Filed?     No

## 6. TRUSTEE RECOMMENDATIONS:

Does Trustee Recommend Confirmation?        N

_____

Trustee Comments:

    { 2A, 3B, 4I, 4J, 4K }
    NOTES:
    - TOTAL ATTY FEES AT $10,000 but numerous tax and business issues
    - PETITION S/B AMENDED TO INCLUDE JENNIFER HOWE SAULS MCKINNEY - A NAME
    USED IN 2013.
    Objection Items:
    - Eligibilty not clear based on debt limits
    - 20 & 21 taxes now filed but IRS has not amended claim so not clear IRS is PIF
    - MDI is not met with current IRS debt amounts
    - $4000 MTG ARREARS NOT PROVIDED FOR IN PLAN

Date Completed:    07/29/2022

/s/ _____

Mark Harring
Standing Chapter 13 Trustee