**U.S. BANKRUPTCY COURT**
**WESTERN DISTRICT OF WISCONSIN**
**Honorable Rachel M. Blise**
**August 25, 2022**

## Court Proceeding Memo

| 22-10661 | **Jennifer McKinney** | Chapter 13 |
|---|---|---|
| | | Trustee: Mark Harring |

**Appearances**: Greg P. Pittman, Attorney for Debtor
Leslie Broadhead Griffith, Attorney for Trustee
Theresa M. Anzivino, Attorney for IRS

**Matter**: Preliminary hearing on Confirmation of Chapter 13 Plan (Doc. 20)
-Obj. Trustee (Doc. 31)
-Obj. IRS (Doc. 34)

**Court Minutes:** The court addressed the eligibility issue raised in the trustee's objection to confirmation. Counsel for the debtor conceded that the claims may be over the chapter 13 debt limit at the time of filing but wanted to consult with his client. The court adjourned the confirmation hearing for four weeks and will enter an order to show cause why the case should not be dismissed.

OUTCOME:
___ Granted  ___ Denied  ___ Approved  ___ Allowed  ___ Disallowed
___ In Part  ___ Sustained  ___ Overruled  ___ Settled  ___ Withdrawn
___ Other:

___ Debtor shall do the following by: _____ ___ or the case will be dismissed
    ___ amend plan  ___ provide info to TR  ___ bring current  ___ other:

___ Plan confirmed:  ___ Ch. 13 TR  ___ Ch. 12 Atty.  ___ Ch. 11 Atty  to submit proposed order

SCHEDULE:
_X_ Adjourned to: **September 22, 2022** at **1:30 p.m.**
    Location: _X_ Telephone  ___ Madison  ___ Eau Claire  ___ Other: _____
    ___ Final/Evidentiary Hearing. Parties agree that _____ [hours/days] will be sufficient to hear the matter.
    ___ Issue standard pre-hearing order _____ [Yes/No]  ___ Other: _____

___ Briefing Schedule Set:
    ___ Taken under advisement  ___ Other:

___ Other Schedule:

___ ORDER:
    ___ For the reasons stated from the bench
    ___ Separate order to be entered by the Court
    ___ Order to be submitted by: _____
    ___ Order to be signed at docket no. _____

_X_ ECF
___ cc: parties in interest
___ cc: parties appearing