**THIS ORDER IS SIGNED AND ENTERED.**

**Dated: September 20, 2022**



*Rachel Blise*
**Hon. Rachel M. Blise**
**United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

In re:

Jennifer McKinney

Debtor.

Case No. 22-10661-rmb

Chapter 13

### ORDER DISMISSING CASE

The debtor filed a chapter 13 petition on April 27, 2022.  On the petition date, the chapter 13 eligibility limits in 11 U.S.C. § 109(e) required that debtors have total unsecured debts of less than $419,275 and total secured debts of less than $1,257,850.  The debtor's schedules reported total debts, both secured and unsecured, of $1,744,433.16, and the claims filed to date total $1,728,586.91.  To be eligible for chapter 13 the debtor must have no more than $1,677,125 in total debt.  The total claims, both as scheduled and as filed, exceed the statutory limit.

On August 26, 2022, this court entered an Order to Show Cause and required that, on or before September 9, 2022, the debtor show cause in writing why this case should not be dismissed because the debtor is not eligible to be a debtor under chapter 13 pursuant to 11 U.S.C. § 109(e).  The debtor did not file a response to the court's Order to Show Cause.

Accordingly, IT IS ORDERED that this case is DISMISSED because the debtor is ineligible for chapter 13 relief under 11 U.S.C. § 109(e).

# # #